**343  RANDALL vs. CIRCUIT JUDGE (Wayne), No. 11952½.**

To compel respondent to strike cause from docket.

Order to show cause denied April 21, 1891.

Relator's attorney had officed with him, but had left the city a short time before the service of notice of trial, and the notice was left with relator's clerk in charge.

---

**344  STEBBINS vs. CIRCUIT JUDGE (Barry), 27 M., 170.**

To compel the respondent to proceed to the hearing of a chancery cause that had been noticed for hearing in open court.

Granted April 24, 1873.

Held, that while the court was authorized to make provision for hearing cases otherwise than on testimony taken in open court, that could only be by a special order upon good cause shown, and until that is done relator had a right to notice his cause for hearing, and have it placed upon the docket.